IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

VS.                                                                          CRIMINAL NO. 1:12cr12-KS-7

BILLY PAUL LEE

ORDER

BE IT REMEMBERED that the above styled case appeared on the Civil Justice Reform Act (CJRA) Report for the first time in several years on or about June 20, 2016.  The above styled and numbered cause has been closed.  There remain two pending motions on ECF. Motion [307] Motion to Vacate Under 28 U.S.C. § 2255, and Motion [310] to Amend/Correct Clerical Error.  The Defendant herein, Billy Paul Lee, was entitled to a sentence reduction under 18 U.S.C. § 3582(c)(2) and on April 8, 2015, an Order [380] was entered granting him the reduction.  Additionally, on April 8, 2015 an Order [379] was entered correcting the clerical error.  Therefore, these motions are both moot and it is ordered that said motions be mooted for statistical purposes.  The case remains finally closed.

SO ORDERED on this the 22nd day of June, 2016.

*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE