**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**UNITED STATES OF AMERICA**

**VERSUS**                                                  **CIVIL ACTION NO. 1:12cr12 KS-07**

**BILLY PAUL LEE**

CERTIFICATE OF APPEALABILITY

      A final order adverse to the applicant having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court or a proceeding pursuant to 28 U.S.C. § 2255, the court, considering the record in the case and the requirements of 28 U.S.C. § 2253, Rule 22(b) of the Federal Rules of Appellate Procedure, and Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, hereby finds that:

       X   A Certificate of Appealability should not issue.  The applicant has failed to make a substantial showing of the denial of a constitutional right.

      ___  A Certificate of Appealability should issue for the following specific issue(s):

Date:  June 22, 2016

                                        *s/ Keith Starrett*
                              UNITED STATES DISTRICT JUDGE